FILED
March 22, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002502348

Michael H. Meyer, Esq. #82336
Chapter 13 Trustee
Deanna K. Hazelton, #202821
Staff Attorney
PO BOX 28950
Fresno, California 93729-8950
Telephone (559) 275-9512
Fax (559) 275-9518

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

IN RE:

Mohammed Jamshed Hossain

DEBTORS

CASE NO. 10-10471-B-13K
DC NO.: MHM-1

CHAPTER 13 PROCEEDING

MOTION FOR ORDER OF DISMISSAL PURSUANT TO 11 U.S.C. SECTION 1307

DATE : May 5, 2010
TIME : 1:00 PM

PLACE: U.S. Courthouse
1300 18th Street
Suite A
Bakersfield, Ca 93301-

JUDGE: HON. W. Richard Lee

**TO THE DEBTORS(S) AND THEIR ATTORNEY:**

**YOU AND EACH OF YOU** are hereby notified that Michael H. Meyer, Chapter13 Standing Trustee will move for an **ORDER OF DISMISSAL** of the above-referenced case pursuant to Section 1307 of the Bankruptcy Code at the time and place set forth above for the following reason(s):

  _X_ 1.  Unreasonable delay by the Debtors that is prejudicial to creditors. [1307(c)(1)]
  ____ 2.  Payments to the Trustee are not current under the debtor(s) proposed plan. [1307(c)(45)]
  _X_ 3.  Cause: Failure to file a modified plan, notice all creditors and set plan for hearing

DATED: 3/22/10

/s/ MICHAEL H. MEYER
MICHAEL H. MEYER Chapter 13 Trustee

1